

GEARHART LAW, LLC
41 River Road
Summit, NJ 07901
(908) 273-0700
www.gearhartlaw.com
Licensed in NJ, NY, MA, IL, MI and USPTO

July 29, 2020

*Via ECF*

Honorable Brian M. Cogan, USDJ
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

> **Re:** **Pre-Motion Conference Letter**
> **Matter:** **Byron Smith v. 10XBETA, LLC**
> **Case No.:** **1:20-cv-02817-BMC**

Dear Judge Cogan:

This firm represents Defendant 10XBETA, LLC in the above-referenced action.

In preparation for July 30, 2020 12:00 telephonic pre-motion conference with Your Honor, please find attached a proposed Civil Case Management Plan in this matter as proposed by Defendant.

Respectfully submitted,

*/s/David D. Postolski*
David D. Postolski, Esq.
Attorneys for Defendant 10XBETA, LLC
Gearhart Law LLC
41 River Road
Summit, NJ 07901
Tel: 908-273-0700
Email: david@gearhardlaw.com

cc:   10XBETA, LLC (via email)
       Richard Liebowitz, Esq. (via ECF)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by ECF at the electronic mail addresses of all of the parties involved which are registered with the ECF on July 29, 2020 to Plaintiff's counsel who has the following mailing address and email address: Richard P.

Liebowitz, Esq., 11 Sunrise Plaza, Suite 305, Valley Stream, NY 11580, Tel: (516) 233-1660, RL@LiebowitzLawFirm.com.

      /s/David D. Postolski/
By: David D. Postolski

2